ACCEPTED
12-14-00285-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 10:51:29 AM
CATHY LUSK
CLERK

NO. 12-14-00285-CV

**IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/12/2015 10:51:29 AM
CATHY S. LUSK
Clerk

LANDWORKS, INC.
Appellant,

V.

R2 ENERGY SERVICES, LLC and R2 DATA ENTRY SERVICES, LLC
Appellees.

Appealed from the 7th District Court
Smith County, Texas

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

LandWorks, Inc., Appellant, files this motion asking the court to dismiss this appeal.

1.    Appellant and Appellees R2 Energy Services, LLC, and R2 Data Entry Services, LLC, have reached a settlement with regard to the

underlying litigation giving rise to this appeal. Accordingly, Appellant no longer wishes to pursue this appeal.

2.    Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), Appellant moves to dismiss this appeal.

3.    Appellant further asks that costs be assessed against the party incurring them.

For these reasons, Appellant, requests that this court render an order dismissing this appeal and taxing the costs of appeal against the party incurring them.

Dated:
January 12, 2015

Respectfully submitted,

Jerry L. Mitchell
State Bar No. 14214650
jmitchell@fulkersonlotz.com
Ethan G. Gibson
egibson@fulkersonlotz.com
State Bar No. 24073131
FULKERSON LOTZ LLP
700 Louisiana Street, Suite 5200
Houston, Texas  77002-2773
Telephone:  713.654.5800
Facsimile:  713.654.5801

Michael E. Jones
mikejones@potterminton.com
State Bar No. 10929400
Patrick Clutter
patrickclutter@potterminton.com
State Bar No. 24036374
110 North College, Suite 500
Tyler, Texas 75702
Telephone: 903.531.3939
Facsimile: 903.597.8311
**ATTORNEYS FOR APPELLANT
LANDWORKS, INC.**

## CERTIFICATE OF CONFERENCE

I have conferred with Matthew T. Milam, attorney for Appellees R2 Energy Services, LLC, and R2 Data Entry Services, LLC regarding this motion and he indicated that Appellees do not oppose this motion.

Ethan G. Gibson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon counsel of record on this the __12__ day of January, 2015, according to the Texas Rule of Appellate Procedure.

Ethan G. Gibson